UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| No. 26-1760 | Manuel Antonio Herrera Hernandez, (Plaintiff-Appellant), v. Mary Ruechel, et al., (Defendants-Appellees). |

U.S.C.A. — 7th Circuit
RECEIVED
JUL 20 2026

"RESPONSE TO RULE TO SHOW CAUSE FOR APPELLANT"

I am the plaintiff-appellant, Manuel Antonio Herrera Hernandez. Today, July 9, 2026 I received in the mail a Document dated on July 6, 2026 tittled as RULE TO SHOW CAUSE, the Document states that I have failed to file appellant's Brief.

I have never received any Briefing Order in the mail, so I was never informed that I suppose to file a Brief.

The only document that I received from this Court was on May, dated May 5, 2026 tittled as ORDER which states that I was granted to proceed on appeal in Forma Pauperis, and stated "IT IS ORDERED that this appeal will proceed to a ruling on appellant's motion for recruitment of counsel." What I understood with this order is that the Court still considering to recruit a counsel for me. I have never received any document or ORDER about Brifing deadlines.

I respectfully request to this Court to please consider my motion for counsel already filed, because in this Court everything is more dificult than the District Court of WI. I have contacted few lawyers "Story

Law Firm LLC" and "Cade Law Group" and they do not want to take this appeal.

Or I respectfully request to this Court to send me a new briefing deadlines because I never received any ORDER about filing a Brief, and I will try my best to write it.

I, Manuel Antonio Herrera Hernandez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and corretc.

Respectfully submitted this 9th of July, 2026.

Signed by;

Manuel A. Herrera Hernandez
Oconto County Jail
301 Washington Street
Oconto WI 54153